| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |   |
|---|---|
| Brian Segee (Bar No. 200795)<br>Center for Biological Diversity<br>660 S. Figueroa St. Suite 1100<br>Los Angeles, CA 90017<br>Phone: (805) 750-8852 |   |

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CENTER FOR BIOLOGICAL DIVERSITY<br><br>Plaintiff(s),<br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-08660<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| The Center for Biological Diversity is a non-profit organization and has no parent corporations, subsidiaries, or outstanding securities in the hands of the public. |   |

| November 3, 2021 | /s/Brian Segee |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff