Camila Cossío (OR Bar No. 191504)
Center for Biological Diversity
P.O. Box 11375
Portland, OR 97211
Phone: (971) 717-6727
ccossio@biologicaldiversity.org
*admitted pro hac vice*

Brian Segee (Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa St. Suite 1100
Los Angeles, CA 90017
Phone: (805) 750-8852
bsegee@biologicaldiversity.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al. <br><br> Defendants. | Case No. 2:21-cv-08660 <br><br> **PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER DOCUMENTS** |

Plaintiff, by and through the undersigned counsel, hereby certifies pursuant to L.R. 5-3.1.2 and Fed. R. Civ. P. 4(i) that service for the above captioned case took place as described below, which included true and correct copies of each of the following documents:

1. Summons
2. Complaint

| | |
|---|---|
| 1 | 3. Civil Cover Sheet |
| 2 | 4. Certification and Notice of Interested Parties |
| 3 | 5. Notice of Assignment to United States Judges |
| 4 | 6. Notice to Parties of Court-Directed ADR Program |
| 5 | 7. Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge |
| 6 | |
| 7 | On November 15, 2021, the documents listed above were sent by USPS |
| 8 | Certified Mail, electronic return receipt requested, to the following parties: |
| 9 | U.S. Fish and Wildlife Service |
| 10 | 1849 C Street, NW<br>Washington, DC 20240-0001 |
| 11 | (Tracking No. 9414811899560872198521) |
| 12 | Martha Williams, Principal Deputy Director |
| 13 | U.S. Fish and Wildlife Service<br>1849 C Street, NW |
| 14 | Washington, DC 20240-1000 |
| 15 | (Tracking No. 9414811899560872128993) |
| 16 | Deb Haaland, Secretary |
| 17 | U.S. Department of the Interior<br>1849 C Street, NW |
| 18 | Washington, DC 20240-0001 |
| 19 | (Tracking No. 9414811899560872153575) |
| 20 | Office of the Attorney General |
| 21 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW |
| 22 | Washington, DC 20530-0001 |
| 23 | (Tracking No. 9414811899560872181684) |
| 24 | Civil Process Clerk |
| 25 | U.S. Attorney's Office - Central District of California<br>300 N Los Angeles Street, Suite 7516 |
| 26 | Los Angeles, CA 90012-3341 |
| 27 | (Tracking No. 9414811899560872164434) |
| 28 | |

1     The U.S. Attorney's Office for the Central District of California received the documents on November 18, 2021. The Attorney General's Office received the documents on November 22, 2021. Defendants U.S. Fish and Wildlife Service, Martha Williams, and Deb Haaland also received the documents on November 22, 2021. Receipts and delivery confirmation verifying this information are attached hereto.

Respectfully submitted and dated this 15th day of December, 2021.

> */s/ Camila Cossío*
> Camila Cossío (OR Bar No. 191504)
> Center for Biological Diversity
> P.O. Box 11374
> Portland, OR 97211
> Phone: (971) 717-6727
> ccossio@biologicaldiversity.org
> *admitted pro hac vice*
>
> */s/ Brian Segee*
> Brian Segee (Cal. Bar No. 200795)
> Center for Biological Diversity
> 660 S. Figueroa Street, Suite 1000
> Los Angeles, CA 90017
> Phone: (805) 750-8852
> bsegee@biologicaldiversity.org
>
> *Attorneys for Plaintiff*

**UNITED STATES POSTAL SERVICE**

November 22, 2021

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0872 1985 21**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 22, 2021, 7:28 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | U S  Fish and Wildlife Service 1849 C Street |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | N.W. |
| City, State ZIP Code: | WASHINGTON, DC 20240-0001 |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: 20240

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

November 22, 2021

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0872 1289 93**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 22, 2021, 7:28 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Martha Williams Principal Deputy Dir  U S  Fish |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | N.W. |
| City, State ZIP Code: | WASHINGTON, DC 20240-1000 |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: 20240

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

November 22, 2021

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0872 1535 75**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 22, 2021, 7:28 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Deb Haaland Secretary U S Department of the Int |
| **Shipment Details** | |
| Weight: | 3.0oz |
| **Destination Delivery Address** | |
| Street Address: | N.W. |
| City, State ZIP Code: | WASHINGTON, DC 20240-0001 |
| **Recipient Signature** | |

Signature of Recipient: *[signature]*

Address of Recipient: 20240

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

November 22, 2021

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0872 1816 84**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | November 22, 2021, 5:06 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Office of the Attorney General U S DOJ 950 Penn |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | NW |
| City, State ZIP Code: | WASHINGTON, DC 20530-0001 |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

November 18, 2021

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0872 1644 34**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 18, 2021, 11:57 am |
| **Location:** | LOS ANGELES, CA 90012 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 3.0oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 300 N LOS ANGELES ST STE 7516 |
| **City, State ZIP Code:** | LOS ANGELES, CA 90012-3341 |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004